IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. G. NEIL GARRETT, DDS, PC, on behalf of itself and a class, ) ) | |
| Plaintiff, ) ) ) | 12 CV 5652 |
| v. ) ) ) | Honorable Judge Dow<br>Magistrate Judge Keys |
| PHARMALOGICAL, INC., ) d/b/a MEDICAL DEVICE KING ) and JOHN DOES 1-10, ) ) Defendants. ) | |

**NOTICE OF SETTLEMENT**

      Plaintiff hereby informs the Court that the parties have reached a settlement in principle, but require additional time to memorialize the settlement in writing. Plaintiff expects to complete the settlement and file a Stipulation of Dismissal within 60 days.

      Respectfully submitted,

      s/ Dulijaza Clark
      Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza(Julie) Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, certify that on February 26, 2013, a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

    Blaine C Kimrey
    Bryan K. Clark
    Lathrop & Gage LLP
    155 North Wacker Drive
    Suite 3050
    Chicago, Illinois 60606-1787
    Telephone: (312) 920-3300
    Facsimile: (312) 920-3301
    bclark@lathropgage.com

               s/ Dulijaza Clark
               Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)